**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| RICHARD SHIELDS, as Guardian Ad Litem of Thomas Sanspree, an incompetent person,    ) ) ) ) | |
| Plaintiff,    ) ) | |
| vs.    ) ) | CIV. ACT. NO. 1:24-cv-318-TFM-N |
| QSHEQUILA EPHRIAM, *et al.*,    ) ) | |
| Defendants.    ) | |

## MEMORANDUM OPINION AND ORDER

On February 20, 2026, the Magistrate Judge entered a report and recommendation which recommends the Defendants' motions to dismiss (Docs. 57, 60) be granted in part and denied in part, the federal claims be dismissed with prejudice and the state law claims be dismissed without prejudice after declining supplemental jurisdiction. *See* Doc. 6. No objections were filed and the Recommendation is ripe for review.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Defendants' motions to dismiss (Docs. 57, 60) are **GRANTED in part** and **DENIED in part**. The motions are granted to the extent the federal claims are dismissed with prejudice for failure to exhaust administrative remedies under the PLRA. The motions are denied in that the Court declines to exercise supplemental jurisdiction over the state law claims and dismisses those claims without prejudice.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 17th day of March, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE