## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

RICHARD SHIELDS, as Guardian Ad )
Litem of Thomas Sanspree, an incompetent )
person, )
                      )
       Plaintiff, )
                      )
vs. )    CIV. ACT. NO. 1:24-cv-318-TFM-N
                      )
QSHEQUILA EPHRIAM, *et al.*, )
                      )
       Defendants. )

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's federal claims are **DISMISSED with prejudice** and the state law claims are **DISMISSED without prejudice** as the Court declines to exercise supplemental jurisdiction.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 17th day of March, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE